UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RUDOLPH BETANCOURT,

    Plaintiff,                                  Case No. 22-cv-11841-LJM-PTM

vs.

                                              Honorable Laurie J. Michelson
VARNIRAJ MP, INC.,                       Magistrate Judge Patricia T. Morris

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, the Court having considered the same and being otherwise fully advised in the premises, it is hereby **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

Dated: August 30, 2023

_____
Patricia T. Morris
United States Magistrate Judge